1  MICHELE BECKWITH
   Acting United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:13-CR-00224-KJM

12                      Plaintiff,         **ORDER**

13              v.

14  JUAN NUNEZ,

15                      Defendant.

16

17

18      Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of

19  Criminal Procedure, it is HEREBY ORDERED that the Indictment against Juan Nunez is dismissed.

20  Any pending warrant is recalled.

21  DATED:  February 4, 2025.

22

23

24                                         UNITED STATES DISTRICT JUDGE

25

26

27

28